

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00099-CR

Robert Anthony **WARDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0299-CR-C
The Honorable William Old, Judge Presiding

## O R D E R

After this court granted two prior extensions, the reporter's record was due June 24, 2016. On June 27, 2016, the court reporter filed a third notification of late record, asking for an additional thirty days in which to file the record in this court. After reviewing the notification, we **GRANT** the reporter's request for additional time and **ORDER** the court reporter to file the reporter's record in this court on or before July 25, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court